**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Civil No. 15-cv-81002-MARRA/MATTHEWMAN

| | |
|---|---|
| KEVIN BUJA, individually and, on behalf of others similarly situated, | ) ) ) |
| *Plaintiff*, | ) ) **CLASS ACTION** |
| v. | ) ) **JURY TRIAL DEMANDED** |
| NOVATION CAPITAL, LLC, a foreign limited liability company, *et al.*, | ) ) ) ) |
| *Defendants*. | ) |

**JOINT NOTICE OF SETTLEMENT DISCUSSIONS**

Plaintiff Kevin Buja ("Plaintiff") and defendants Novation Ventures, LLC, Novation Capital, LLC, and Novation Funding, LLC ("Defendants") (collectively "Parties") hereby provide notice that the Parties have entered into potentially fruitful settlement discussions and are optimistic about the possibility of achieving a voluntary resolution to this case. Accordingly, it may be unnecessary for the Court to rule on the pending motions in this case, namely: (1) Defendants' Motion for Summary Judgment [D.E. 142], (2) Plaintiff's Motion for Class Certification [D.E. 145], (3) Defendants' Motion to Exclude Testimony [D.E. 155], and (4) Plaintiff's Motion to Strike and Exclude Testimony [D.E. 186]. The Parties will provide an additional status report in the next 14 days.

Dated: August 3, 2018					Respectfully submitted,

							 /s/ Scott D. Owens
							Scott D. Owens, Esq.
							SCOTT D. OWENS, P.A.
							3800 S. Ocean Drive, Ste. 235
							Hollywood, FL 33019
							Telephone: 954-589-0588
							Facsimile: 954-337-0666
							scott@scottdowens.com

							Keith J. Keogh, Esq.
							KEOGH LAW, LTD.
							55 W. Monroe St., Ste. 3390
							Chicago, Il 60603
							312.374.3404 (Direct)
							312.726.1092 (Main)
							312.726.1093 (Fax)
							keith@Keoghlaw.com

							*Attorneys for Plaintiff*


							*/s/ Dana J. McElroy*
							Dana J. McElroy
							THOMAS & LOCICERO PL
							Florida Bar No.0845906
							915 Middle River Drive, Ste. 309
							Ft. Lauderdale, FL  33304
							Telephone: (954) 703-3416
							Facsimile:  (954) 400-5415
							Email:  dmcelroy@tlolawfirm.com

							Blaine C. Kimrey (*Pro Hac Vice*)
							Bryan K. Clark (*Pro Hac Vice*)
							VEDDER PRICE, P.C.
							222 N. LaSalle Street
							Chicago, IL 60601
							Telephone:  (312) 609-7500
							Facsimile:  (312) 609-5005
							Email:  bkimrey@vedderprice.com
							Email:  bclark@vedderprice.com

							*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **August 3, 2018**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Dana J. McElroy*